IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01667-WJM-MJW

ANIFEH GHIASY,

Plaintiff,

v.

DILLON COMPANIES, INC. d/b/a KING SOOPERS a Kansas corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Unopposed Motion for Leave to Amend Complaint (Docket No. 12) is granted, and the tendered [Amended] Complaint and Jury Demand (Docket No. 12-2) is accepted for filing as of the date of this Minute Order.

Date: August 12, 2011