IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01667-WJM-MJW

ANIFEH GHIASY,

Plaintiff(s),

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Protective Order (docket no. 22) is GRANTED finding good cause shown.  The written Protective Order (docket no. 22-1) is APPROVED as amended in paragraph 8 and made an Order of Court.

Date:   September 12, 2011