IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01667-WJM-MJW

ANIFEH GHIASY,

Plaintiff,

v.

DILLON COMPANIES, INC. d/b/a KING SOOPERS a Kansas corporation,

Defendants.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE
AND RESET SETTLEMENT CONFERENCE** ( Docket no. 28 )

---

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Vacate and Reset Settlement Conference, and having reviewed Defendant's Motion and being fully advised in the premises, it is hereby ordered that Defendant's Motion is GRANTED.

IT IS ORDERED that the Settlement Conference scheduled for November 30, 2011 at 10:00 a.m. is vacated and rescheduled for February 21, 2012 at 1:30pm. Room (A-502)

DATED this 21st day of November, 2011.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO