IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01667-WJM-MJW

ANIFEH GHIASY,

Plaintiff(s),

v.

THE KROGER CO., an Ohio corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Compel (docket no. 38) is DENIED for the following reasons.  As to Defendant's Interrogatories 4, 13, 17 and Defendant's Request for Production No. 12, I find that Plaintiff has fully responded to Defendant's Interrogatories 4, 13, 17 and Defendant's Request for Production No. 12 based upon Plaintiff's Affidavit.  See Exhibit A attached to Plaintiff's Response (docket no. 41).  That the parties have resolved their dispute regrading Defendant's Request for Production No. 13 and therefore Defendant's Request for Production No. 13 is MOOT and therefore denied.   That as to Plaintiff's Interrogatory No. 22, I find this Interrogatory is overly broad and is beyond the scope of information that Plaintiff can provide and therefore such Interrogatory is denied.   Each party shall pay their own attorney fees and costs for this motion.

Date: January 30, 2012