IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01667-WJM-MJW

ANIFEH GHIASY,

Plaintiff(s),

v.

THE KROGER CO., an Ohio corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Withdraw Plaintiff's Motion to Compel (Docket No. 65) is GRANTED, and thus Plaintiff's Motion to Compel (Docket No. 53) is deemed WITHDRAWN.

Date: April 12, 2012